IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEC HARDWICK                                                                    **PLAINTIFF**

VS.                            Civil No. 4:12-cv-4044

WAYNE SMITH and
RICH HART                                                  **DEFENDANTS**

## JUDGMENT

Before the Court is the Report and Recommendation filed October 19, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that the above-styled case be dismissed after conducting pre-service screening pursuant to pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

The dismissal of this action constitutes a strike under the PLRA, 28 U.S.C. § 1915(g). For this reason, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 8th day of November, 2012.

                                                     /s/ Susan O. Hickey
                                                     Hon. Susan O. Hickey
                                                     United States District Judge